

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEYVAN PARSA, M.D. | § | No. 08-23-00135-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| WESTSTAR TITLE, LLC, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCV0848) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF FEBRUARY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.